**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff, SAM BENFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXCELLET LLC; VAIL-CONDOR PROPERTIES, LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:23-cv-07833-HDV (JCx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff SAM BENFORD ("Plaintiff") and Defendants VAIL-CONDOR PROPERTIES, LLC stipulate and jointly request that this Court dismiss the above-captioned action, in its entirety with prejudice. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: June 3, 2024    SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff

DATED: June 3, 2024    Manfredi Levine Eccles Miller and Lanson APC

By:  */s/ William G Lieb*
     William G Lieb, Esq.
     Attorneys for Defendant
     VAIL-CONDOR PROPERTIES, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 3, 2024           By: */s/ Jason J. Kim*
                                  Jason J. Kim